12/3/2025 5:39 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-25-000881
Selina Hamilton

**D-1-GN-25-000881**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/4/2025 4:04:21 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **ERIC SCHACHAR** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Petitioner** | § | |
| | § | |
| **vs** | § | |
| | § | |
| | § | **250th JUDICIAL DISTRICT** |
| **STEPHANIE MUTH,** | § | |
| **IN HER OFFICIAL CAPACITY,** | § | |
| **COMMISSIONER** | § | |
| **TEXAS DEPARTMENT OF** | § | |
| **FAMILY AND PROTECTIVE** | § | |
| **SERVICES** | § | |
| | § | |
| **Respondent** | § | **TRAVIS COUNTY, TEXAS** |

## NOTICE OF APPEAL

Eric Schachar, Petitioner herein, desires to appeal and files this notice for appeal. Petitioner will appeal to the 15th Court of Appeals, from the final judgment rendered on November 26, 2025 and from all orders and decisions encompassed therein, including without limitation the Order granting Respondent's motion to dismiss regarding: a SOAH remand for a SOAH hearing on Respondent's finding against Petitioner, an injunction from the Respondent's Central Registry listing against Petitioner, and a declaratory judgment against the unconstitutional statutes at play against Petitioner. This appeal involves a matter brought by or against an officer of an agency in the executive branch of the state government arising out of that officer's official conduct. This appeal involves a matter in which a party to the proceeding challenges the constitutionality or validity of a state statute or rule and the attorney general is a party to the case.

Respectfully submitted,

1

*Joel Schachar*

Joel Schachar
State Bar No: 24085578
joelschacharlaw@gmail.com
Law Office of Joel Schachar
PO Box 113002
Carrollton, TX 75011
214-731-4743
Attorney for Petitioner

Certificate of Service

I hereby certify that a copy of the foregoing document has been served via ECF on the following on December 3, 2025:

Bradley Wurster
Assistant Attorney General
State Bar No 24106633
Administrative Law Division
Office of the Attorney General of Texas
PO Box 12548, Capitol Station
Austin, TX 78711-2548
Telephone: (512) 475-4197
Facsimile: (512) 320-0167
brad.wurster@oag.texas.gov

Joel Schachar

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Joel Schachar
Bar No. 24085578
joelschacharlaw@gmail.com
Envelope ID: 108691077
Filing Code Description: Notice of Appeal
Filing Description: NOTICE OF APPEAL
Status as of 12/4/2025 3:51 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 12/3/2025 5:39:08 PM | SENT |
| Bradley Wurster | | brad.wurster@oag.texas.gov | 12/3/2025 5:39:08 PM | SENT |
| Joel Schachar | | joelschacharlaw@gmail.com | 12/3/2025 5:39:08 PM | SENT |